BEFORE THE SECOND DIVISION, JANUARY 31, 1952

**No. 56326.**—Chanticleer Press, Inc., et al. *v.* United States, protests 164362–K, etc. (New York).

Opinion by RAO, J.   The protests were dismissed.

**No. 56327.**—Albert Bonnier Publishing House, Inc., et al. *v.* United States, protests 168337–K, etc. (New York).

Opinion by RAO, J.   The protests were dismissed.

**No. 56328.**—British Overseas Airways Corp. et al. *v.* United States, protests 174794–K, etc. (New York).

Opinion by RAO, J.   The protests were dismissed.

**No. 56329.**—Central Madeira Corporation *v.* United States, protests 162165–K and 165171–K (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that certain items of the merchandise consist of ornamented articles, except wearing apparel, not in part of lace, lace fabrics, or lace articles, in chief value of rayon, and not provided for in any subdivision of said paragraph 1529 (a), as modified, *supra*, in respect of which a modified rate of duty is prescribed, the claim of the plaintiff was sustained.

**No. 56330.**—Novelty Veiling Co., Inc. *v.* United States, protest 168021–K (New York).

Opinion by FORD, J.   The protest was dismissed.